No. 93–6082. Coleman v. Warner et al. Ct. App. Ohio, Lucas County; and

No. 93–6198. SIMS ET VIR *v.* SUBWAY EQUIPMENT LEASING CORP. ET AL. C. A. 5th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 6, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.